**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6635**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

RYAN CHRISTOPHER FULTZ,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Jamar Kentrell Walker, District Judge.  (4:13-cr-00026-JKW-DEM-1)

Submitted:  September 28, 2023          Decided:  October 3, 2023

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ryan Christopher Fultz, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan Christopher Fultz appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i).  Limiting our review of the record to the issues raised in Fultz's informal brief, *see* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014), and finding no reversible error, we affirm the district court's order, *United States v. Fultz*, No. 4:13-cr-00026-JKW-DEM-1 (E.D. Va. June 20, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*